IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| JANET E. DICKERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:04-0107 |
| | ) JUDGE HAYNES |
| | ) |
| ANSEI AMERICA, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion for summary judgment (Docket Entry No. 21) is **GRANTED**. This action is **DISMISSED** with prejudice. Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 19th day of October, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge